UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHRISTOPHER TRUEL,

     Plaintiff,

                                         Case No.  11-10921

-vs-                                    Hon:  AVERN COHN

MICHAEL CELESKI, JOE DOULETTE
and JEFFERY GEISINGER,

     Defendants.

_____/


## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC.  18) and ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT


     For the reasons stated on the record on February 01, 2012, Defendants' Motion for

Summary Judgment on the Pleadings Or, in the Alternative, Motion for Summary Judgment

(doc.  18) is DENIED without prejudice.

     Plaintiff is allowed to file an amended complaint within fifteen (15) days.

     SO ORDERED.


Dated:  February 3, 2012          _S/Avern Cohn_____
                              AVERN COHN
                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record
on this date, February 3, 2012, by electronic and/or ordinary mail.

                              _S/Julie Owens_____
                              Case Manager, (313) 234-5160