UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER TRUEL,

    Plaintiff,

-vs-

                                                  Case No. 11-10921
                                                  Hon: AVERN COHN

MICHAEL CELESKI, JOE DOULETTE
and JEFFERY GEISINGER,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 18) and ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT

For the reasons stated on the record on February 01, 2012, Defendants' Motion for Summary Judgment on the Pleadings Or, in the Alternative, Motion for Summary Judgment (doc. 18) is DENIED without prejudice.

Plaintiff is allowed to file an amended complaint within fifteen (15) days.

SO ORDERED.

Dated: February 3, 2012                  S/Avern Cohn
                                                  AVERN COHN
                                                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 3, 2012, by electronic and/or ordinary mail.

                                                  S/Julie Owens
                                                  Case Manager, (313) 234-5160