UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER TRUEL,

    Plaintiff,

Case No. 11-10921

v.

HONORABLE AVERN COHN

CITY OF DEARBORN, MICHAEL CELESKI, JOE DOULETTE and JEFFREY GEISINGER, individually and in their official capacity,

    Defendants.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on September 21, 2012 judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: September 21, 2012

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 21, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160